UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE A. BENCOM,<br><br>               Plaintiff,<br><br>   vs.<br><br>M. URQUIDES, ET AL.,<br><br>               Defendants. | CASE NO. ED CV 10-01671 ODW (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has read and considered the Complaint, the United States Magistrate Judge's Report and Recommendation, all of the records and files herein, and has reviewed de novo any matters as to which Plaintiff has filed objections.

      The Court accepts the findings and recommendations of the Magistrate Judge. As set out in the Report, the Court GRANTS IN PART Defendants' dismissal motion.

DATED: 10/7/11

                                                      OTIS D. WRIGHT II
                                        UNITED STATES DISTRICT JUDGE