O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVE A. BENCOM, | ) | CASE NO. ED CV 10-01671 ODW (RZ) |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| M. URQUIDES, ET AL., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: 10-7-11

_____

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE